UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald Edward Pryor                       Case No. 3:14-cv-1649

         Plaintiff

        v.                                JUDGMENT ENTRY

Eric Holder, et al.

         Defendants

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that the Complaint is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                             s/James G. Carr
                                             UNITED STATES DISTRICT JUDGE